IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                             CRIMINAL NO. 1:12-cr-12-5-KS-JCG

CAMERON SCOTT McLAURIN

ORDER

THIS CAUSE IS BEFORE THE COURT on Motion for Early Termination of Supervised Release [442] filed by Cameron Scott McLaurin. The Court has consulted the probation officer, Mr. Preston Bedsole, and in light of the fact that the movant has only served 20% of his period of supervised release, the Court finds that the Motion should be DENIED at this time. A subsequent motion can be filed by movant at a later date.

SO ORDERED this the __5th___ day of January, 2018.

                                                       __s/Keith Starrett_____
                                                       UNITED STATES DISTRICT JUDGE