IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 1:12-cr-12-5-KS-JCG

CAMERON SCOTT McLAURIN

## ORDER

THIS CAUSE IS BEFORE THE COURT on pro se Motion for Early Termination of Supervised Release [466] filed by Cameron Scott McLaurin. The Court has reviewed the Motion, conferred with the probation officer, Mr. Brandon Bang, and finds that Mr. McLaurin has satisfied the criteria for early termination. The Court finds that Mr. McLaurin should be released from Supervised Release forthwith.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Supervised Release of Cameron Scott McLaurin, be and the same is, hereby TERMINATED pursuant to 18 U.S.C. §3583(e)(1).

SO ORDERED this the ___20th___ day of July, 2020..

                           ___s/Keith Starrett_____
                           UNITED STATES DISTRICT JUDGE